AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| The City of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-07762 |
| Price Point Distributors Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the City of New York                    .

Date:    11/12/2024

/s/ Alexandra Jung
*Attorney's signature*

Alexandra Jung, 5688171
*Printed name and bar number*
100 Church Street
New York, NY 10007

*Address*

aljung@law.nyc.gov
*E-mail address*

(212) 356-2299
*Telephone number*

*FAX number*