**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK** **Job #:** 1631351

**Plaintiff:** THE CITY OF NEW YORK

**-against-**

**Respondent:** PRICEPOINT DISTRIBUTORS INC. D/B/A PRICEPOINT NY D/B/A PRICEPOINTNY.COM, WEIS KHWAJA, HAMZA JALILI, JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5

**Docket Number**: 2024-cv-07762
**Date Filed:**
**File #:**
**CSMS #:**
**Part**:
**Court Date:**

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Michelle Horadin**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of .

On **11/21/2024**, at **10:15 AM** at: **500 Smith Street, Farmingdale, NY 11735** Deponent served the within **Summons; complaint with civil cover sheet; CM/ECF User's Guide; & Individual Practice Rules of Magistrate Judge James M. Wicks.**

On: **Price Point Distributors Inc.**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Hamza Jalili personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be Director thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
**Sex**: Male **Color of skin**: Middle Eastern **Color of hair:** Brown **Glasses**:
**Age**: 22 - 35 Yrs. **Height**: 5' 9" - 6' 0" **Weight**: 131-160 Lbs. **Other Features**:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**
Service GPS Coordinates: LAT: LONG:

Sworn to before me on 11/27/24

MARGARET SALISU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6090055
Qualified in Suffolk County
Commission Expires April 7, 2027

Michelle Horadin

New York City Department of Law - Manhattan - Alexandra Jung
100 Church Street 4th Floor
New York, New York
Phone:
Tracking No. 421468

*[Page image is reversed/mirrored and largely illegible. Content appears to be an Affidavit of Service for City of New York v. Pricepoint Distributors Inc. et al.]*