**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>                              Plaintiff,<br><br>v.<br><br>PRICE POINT DISTRIBUTORS INC. d/b/a Price Point NY d/b/a pricepointny.com, WEIS KHWAJA, HAMZA JALILI, JOHN DOES 1-5, and JOHN DOE CORPORATIONS 1-5,<br><br>                              Defendants. | Case No. 2:24-cv-07762-KMW<br><br>**JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that the time for Defendants Price Point Distributors, Inc. d/b/a Price Point NY d/b/a pricepointny.com, Weis Khwaja, and Hamza Jalili, to respond to Plaintiff's Complaint in this action is hereby extended to and including April 7, 2025.

The parties respectfully request this third extension of time to accommodate their continued settlement discussions.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve any and all defenses.


Dated: New York, New York
       March 21, 2025

1

| | |
|---|---|
| **MURIEL GOODE-TRUFANT**<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 20-99 New York, NY 10007<br>(212) 356-2032<br><br>By: _/s/ Aatif Iqbal_<br>Aatif Iqbal<br>Eric Proshansky<br>Elizabeth Slater<br>Alexandra Jung<br><br>Assistant Corporation Counsels<br>*Counsel for Plaintiff the City of New York* | **BOCHNER PLLC**<br>By: /s/ Erik Dykema<br>Erik Dykema, Esq.<br>Bochner PLLC<br>1040 Avenue of the Americas, 15th Floor<br>New York, NY 10018<br>Phone: 646.971.0685<br>erik@bochner.law<br><br>*Counsel for Defendants Price Point Distributors Inc. d/b/a Price Point NY d/b/a pricepointny.com, Weis Khwaja, and Hamza Jalili* |

SO ORDERED:

_____
Hon. James M. Wicks
U.S.M.J.

2