**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:   04/11/2025
                                                                                          TIME:   10:30 AM
                                                                      ☐ **SEALED PROCEEDING**

<u>**CIVIL CAUSE FOR INITIAL CONFERENCE**</u>
**CASE:   2:24-cv-07762-JMW-The City of New York v. Price Point Distributors Inc. et al.**

APPEARANCES:

        For Plaintiff:          <u>Aatif Iqbal, Eric Proshansky</u>

        For Defendants:      <u>Erik J. Dykema</u>

Court Reporter/FTR:          10:31-10:37 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒          Initial Conference held.

☒          Following discussion with counsel and review of the submitted worksheet, the Court adopted a
          Scheduling Order which is attached at ECF No. 19.  In addition to the dates set forth below, the
          last date to take the first steps towards summary judgment motion practice shall be
          **May 8, 2026.**

☒          As mentioned at the Initial Conference, Counsel are reminded that pursuant to EDNY
          Administrative Order 2023-23 (*see* ECF No. [4]), this is a Direct Assignment Program case.
          As such, unless the parties consent to the undersigned's jurisdiction on or before **May 12, 2025**,
          a District Judge will be assigned to the case.  *See* Administrative Order 2023-23.  The parties
          were also advised that pursuant to Fed. R. Civ. P. 73(b)(2), the parties are free to withhold
          consent without any adverse substantive consequences.

☒          The undersigned is available for a Settlement Conference if the parties so desire.  In the event
          the parties would like a Settlement Conference, the parties are directed to contact the
          undersigned's Courtroom Deputy at (631) 712-5625 with mutually convenient dates that the
          parties are available.

A Status Conference has been scheduled for <u>**November 13, 2025 at 9:30 AM**</u> via the Court's Video
Zoom. The Court will email the Zoom invitation closer to the conference date.  This conference is a
public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive

the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E).

A Final Pretrial Conference has been scheduled for **June 8, 2026 at 9:30 AM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E). A joint proposed pretrial order ("JPTO") in compliance with the undersigned's Individual Practice Rules, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled and filing of the JPTO will be held in abeyance.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.


SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge

2