# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| The City of New York ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-07762-KMW |
| Price Point Distributors Inc., et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Price Point Distributors Inc. d/b/a Price Point NY d/b/a pricepointny.com, Weis Khwaja, and Hamza Jalili    .

Date:    04/28/2025

/s/ Serge Krimnus
*Attorney's signature*

Serge Krimnus
*Printed name and bar number*

Bochner PLLC
1040 Avenue of the Americas, 15B
New York, NY 10018
*Address*

serge@bochner.law
*E-mail address*

(646) 971-0685
*Telephone number*

*FAX number*